days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1685. IN RE DISBARMENT OF REILLY. Paul G. Reilly, Jr., of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1686. IN RE DISBARMENT OF JONES. Lester V. Jones, of Hydes, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–63. LEVARIO v. STATE BAR OF TEXAS ET AL. Motion to direct the Clerk to file jurisdictional statement and for transfer denied.

No. 95–728. WARNER-JENKINSON CO., INC. v. HILTON DAVIS CHEMICAL CO. C. A. Fed. Cir. [Certiorari granted, 516 U. S. 1145.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 25 minutes, petitioner; 25 minutes, respondent; 10 minutes, the Solicitor General.

No. 95–992. TURNER BROADCASTING SYSTEM, INC., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, 516 U. S. 1110.] Motion of the Solicitor General for divided argument granted.

No. 95–1340. HUGHES AIRCRAFT CO. v. UNITED STATES EX REL. SCHUMER. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–7894. SHIEH v. HATHAWAY ET AL. C. A. 9th Cir.; and
No. 95–7895. SHIEH v. EBERSHOFF ET AL. C. A. 9th Cir. Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [ante, p. 1132] denied.

No. 95–8836 (A–890). FELKER v. TURPIN, WARDEN. C. A. 11th Cir. [Certiorari granted, ante, p. 1182.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.